AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| SILVERIO QUIROZ | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 14-CV-871 (VVP) |
| LUIGI'S DOLCERIA, INC., (d/b/a LUIGI'S DOLCERI), LUIGI DI ROSA and ANGELO DI ROSA | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The plaintiff is entitled to recover $106,372.96 in unpaid wages, $5,000 for the defendants' failure to provide wage and hour notices, $77,003.95 in liquidated damages, and prejudgment interest in the amount of $41,913.86. The defendant Luigi's Dolceria, Inc. is liable for the total amount of $230,290.77 plus $26.23 per day from May 17, 2016 to the date of judgment. Of that total amount, the defendant Luigi Di Rosa is jointly and severally with Luigi's Dolceria, Inc., for $67,406.72 plus $13.11 per day from May 17, 2016 to the date of judgment, and the defendant Angelo Di Rosa is jointly and severally liable with Luigi's Dolceria, Inc. for $162,884.05 plus $13.12 per day from May 17, 2016 to the date of judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 7/12/2016

*CLERK OF COURT*

*August Manziliano*

*Signature of Clerk or Deputy Clerk*